

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA SERRANO, | § | No. 08-15-00290-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| PELLICANO BUSINESS PARK, LLC, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2012DCV06341) |
| | § | |

## MEMORANDUM OPINION

This is an interlocutory appeal from the trial court's order granting a temporary injunction. *See* TEX.CIV.PRAC.&REM.CODE ANN. § 51.014(a)(4). On September 15, 2016, the trial court entered a final judgment, and Appellant has filed a notice of appeal from that judgment (cause number 08-16-00291-CV). It is well established that if the trial court renders final judgment while an appeal from an order granting or denying a temporary injunction is pending, the interlocutory appeal is rendered moot. *Isuani v. Manske-Sheffield Radiology Group, P.A.*, 802 S.W.2d 235, 236 (Tex. 1991). Accordingly, we dismiss this appeal for lack of jurisdiction. *See* TEX.R.APP.P. 42.3(a).

March 14, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.